# United States District Court

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

JAMES MICHAEL HOEFER,
            Plaintiff

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

V.

COMMISSIONER of SOCIAL SECURITY,
            Defendant

CASE
NUMBER:     1:17-CV-01695-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915  and

the complaint having been filed in this action;

IT IS ORDERED that the application is:

☒ GRANTED.

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
        copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
        All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

ENTER this  19th    day of     December    , 2017   .

_____
       /s/ *Barbara A. McAuliffe*
        Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
        Name and Title of Judicial Officer