MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JAMES MICHAEL HOEFER, | Case No. 1:17-cv-01695-BAM |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from October 12, 2018 until November 11, 2018, to respond to Plaintiff's Opening Brief. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because additional time is needed to review and evaluate the administrative record, to respond to the issues raised in Plaintiff's Opening Brief, to

accommodate Defendant's counsel's competing workload demands, and to determine whether options exist for settlement.  Plaintiff does not oppose Defendant's request for an extension of time.

                                        Respectfully submitted,

Dated: October 10, 2018         NEWELL LAW

                                By:*/s/ Melissa Newell**
                                    Melissa Newel
                                    Attorneys for Plaintiff
                                    [*As authorized by e-mail on Oct. 9, 2018]

Dated: October 11, 2018         MCGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                By: */s/ Margaret Branick-Abilla*
                                    MARGARET BRANICK-ABILLA
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

## **ORDER**

      Pursuant to stipulation, and good cause appearing, IT IS HEREBY ORDERED that Defendant shall have an extension of time to November 11, 2018, to file a response to Plaintiff's Opening Brief.  All other deadlines in the Court's Scheduling Order shall be extended accordingly.
IT IS SO ORDERED.

Dated:  **October 11, 2018**          /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE

1:17-cv-01695-BAM

1:17-cv-01695-BAM